IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20007

_____


HARRY E BRADLEY, Estate

                        Plaintiff-Appellee

     v.

ATLAS AIRCRAFT CORPORATION ET AL

                        Defendants

HAROLD D HOLDER, SR; HAROLD D HOLDER, JR; FREDERICK W

     LLOYD

                        Defendants-Appellants
_____

              Appeal from the United States District Court
                   for the Southern District of Texas
                            (CA H 93 2708)
_____
                          February 6, 1997
Before KING, GARWOOD, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Defendants-appellants Harold D. Holder, Sr., Harold D.

Holder, Jr. and Frederick W. Lloyd appeal the judgment of the

district court awarding plaintiff-appellant Estate of Harry E.

Bradley the amount of $2,382,843.39, together with pre-judgment

---

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

interest, post-judgment interest and attorney's fees.  We think that the district court correctly captured the essence of the transactions at issue here.

The judgment of the district court is AFFIRMED.